# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHARMANE SMITH,**

      **Plaintiff,**

vs.                                                      **Case No.: 2:17-cv-496**
                                                         **JUDGE GEORGE C. SMITH**
                                                         **Magistrate Judge Jolson**

**JUDGE JOHN DONALD,** *et al.***,**

      **Defendants.**

## ORDER

On June 16, 2017, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending Plaintiff's Motion for Leave to Proceed in forma pauperis be granted and that Plaintiff's Complaint be dismissed. (*See* Doc. 3). The parties were specifically advised of their right to object to the *Report and Recommendation and Order* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation and Order*.

Accordingly, the *Report and Recommendation and Order* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed. The Clerk shall remove Document 3 from the Court's pending motions list and close this case.

      **IT IS SO ORDERED**.

                                                    */s/ George C. Smith*
                                                  **GEORGE C. SMITH, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**